IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| David Ray Tant, | ) | C/A No:  3:12-cv-03020-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| William Frick, Michael Stobbe, David | ) | |
| Tatarsky, and John Doe, individually, or | ) | |
| alternatively in their capacities as agents of | ) | |
| the South Carolina Department of | ) | **DEFENDANTS SOUTH CAROLINA** |
| Corrections, the South Carolina Office of | ) | **DEPARTMENT OF PARDON,** |
| the Attorney General, the South Carolina | ) | **PROBATION, AND PAROLE'S** |
| Department of Pardon, Probation, and | ) | **ANSWERS TO LOCAL RULE 26.01** |
| Parole,and the Fairfield County Solicitor's | ) | **INTERROGATORIES** |
| Office,and therefore, the South Carolina | ) | |
| Department of Corrections, the South | ) | |
| Carolina Office of the Attorney General, | ) | |
| the South Carolina Department of Pardon, | ) | |
| Probation, and Parole, and the Fairfield | ) | |
| County Solicitor's Office, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants South Carolina Department of Pardon, Probation, and Parole, by and through its undersigned attorneys, hereby answers the Interrogatories set forth in Local Rule 26.01 of the Federal Rules of Civil Procedure as follows.

A.      State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim.

**ANSWER:  None known at this time**

B.      As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:  Plaintiff has requested that his claims to be tried to a jury, and some issues of liability not resolved prior to trial may be tried to a jury. Plaintiff's claim for civil conspiracy must be adjudicated in certain respects prior to any submission to a jury.**

1

C.     State whether the parties submitting these responses is a publically owned company and separately identify: (1) each publically owned company of which it is apparent, subsidiary, partner, or affiliate; (2) each publically owned company which owns 10% or more of the outstanding shares or other indicia of ownership of the party; and (3) each publically owned company in which the party owns 10% or more of the outstanding shares.

**ANSWER: Not Applicable.**

D.     State the basis for asserting the claim and the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

**ANSWER:  The Suit was commenced in the Court of Common Pleas for Richland County, South Carolina and was removed to this Court.  Venue appears appropriate in this division pursuant to 28 U.S.C. § 121(3).   Additionally, pursuant to Local Civil Rule 3.01(A)(1), Defendants believe that the proper Division for this case is the Columbia Division, as a substantial part of the events giving rise to the claim occurred in Richland County, many of the potential witnesses are in Richland County, and the Defendant's headquarters is in Richland County.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Where the cases are related such as they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:  None known to this Defendant.**

F.        [Defendants only] If the Defendants is improperly identified give the proper identification and state whether counsel will accept service of an Amended Summons and pleading reflecting the correct identification.

**ANSWER: Defendant is improperly identified.  Plaintiff has identified Defendant as the South Carolina Department of Pardon, Probation, and Parole.  The correct name is the South Carolina Department of Probation, Parole, and Pardon Services.   Counsel will accept service of amended pleadings.**

G.        [Defendants only] If you contend that some other person or legal entity is, in whole or in part, liable to you or to the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Unknown at this time.**

s/Erin Farrell Farthing
Daniel R. Settana, Jr., FED ID # 6065
Erin Farrell Farthing, FED ID # 10123
McKay, Cauthen, Settana & Stubley, P.A.
1303 Blanding Street
P.O. Drawer 7217
Columbia, SC   29202
(803) 256-4645
Attorneys for Defendant South Carolina
Department of Pardon, Probation, and Parole

Columbia, South Carolina
October 24, 2012