IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| David Ray Tant | ) | Civil Action No.: 3:12-cv-03020-JFA-PJG |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | **CONSENT MOTION TO** |
| William Frick, Michael Stobbe, David Tatarsky, and John Doe, individually, or alternatively in their capacities as agents of the South Carolina Department of Corrections, the South Carolina Office of the Attorney General, the South Carolina Department of Pardon, Probation and Parole, and the Fairfield County Solicitor's Office, and therefore, the South Carolina Department of Corrections, the SouthCarolina Office of the Attorney General, the South Carolina Department of Pardon, Probation and Parole, and the Fairfield County Solicitor's Office | ) | **CORRECT IDENTIFICATION OF CERTAIN DEFENDANTS** |
| Defendants | ) | |

Plaintiff improperly identified certain Defendants in the above-captioned matter, but Defendants have conferred with Plaintiff and the affected parties hereby move by consent to an amendment of the caption to reflect the proper names of certain Defendants, to wit:

1. Plaintiff incorrectly identified one Defendant as the South Carolina "Department of Pardon, Probation, and Parole." That Defendant is properly identified as the South Carolina "Department of Probation, Parole, and Pardon Services."

1

2. Plaintiff incorrectly identified one Defendant as the "Fairfield County Solicitor's Office". That Defendant is more properly identified as the "Solicitor's Office for the Sixth Judicial Circuit."

Plaintiff and Defendants South Carolina Department of Probation, Parole, and Pardon Services and Defendant Solicitor's Office for the Sixth Judicial Circuit thereby jointly move for an order correcting the caption for this matter. A proposed order is attached and submitted in conjunction herewith.

s/ H. M. Watson III
Desa Ballard, FED ID # 1179
Harvey M. Watson III, FED ID # 9271
BALLARD WATSON WEISSENSTEIN
Post Office Box 6338
West Columbia, South Carolina 29171
Telephone 803.796.9299
Facsimile 803.796.1066
Email: desab@desaballard.com
        harvey@desaballard.com

s/William H. Davidson, II
William H. Davidson, II, FED ID # 425
DAVIDSON & LINDEMANN, P.A.
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202
wdavidson@dml-law.com
T: 803-806-8222
F: 803-806-8855
Attorney for Defendant Solicitor's Office for the Sixth Judicial Circuit

s/Erin Farrell Farthing
Daniel R. Settana, Jr., FED ID # 6065
Erin Farrell Farthing, FED ID # 10123
MCKAY, CAUTHEN, SETTANA & STUBLEY, P.A.
1303 Blanding Street
P.O. Drawer 7217
Columbia, SC 29202
(803) 256-4645
Attorneys for Defendant South Carolina Department of Probation, Parole, and Pardon Services