IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| David Ray Tant, ) | C/A No. 3:12-3020-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| William Frick, Michael Stobbe, David ) | |
| Tatarsky, and John Doe, *individually, or* ) | |
| *alternatively in their capacities as agents of* ) | **AMENDED SCHEDULING ORDER** |
| *the South Carolina Department of Corrections,* ) | |
| *the South Carolina Office of the Attorney* ) | |
| *General, the South Carolina Department of* ) | |
| *Pardon, Probation and Parole, and the* ) | |
| *Fairfield County Solicitor's Office*; South ) | |
| Carolina Department of Corrections; South ) | |
| Carolina Office of the Attorney General; South ) | |
| Carolina Department of Pardon, Probation and ) | |
| Parole; and the Fairfield County Solicitor's ) | |
| Office, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Following consultation pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties jointly request, and the court hereby orders, that the Scheduling Order (ECF No. 10) in this case entered October 25, 2012 be amended as follows:

4. Motions to join other parties and to amend the pleadings (Fed. R. Civ. P. 16(b)(1)) shall be filed by **January 22, 2013**.

5. The parties shall file serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

   Plaintiff(s): **April 22, 2013**
   Defendant(s): **June 21, 2013**

6. Discovery shall be completed no later than **August 21, 2013**. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 DSC.



7.  All dispositive motions shall be filed on or before **September 20, 2013**. (Fed. R. Civ. P. 16(b)(2)).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 4, 2012
Columbia, South Carolina