IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| David Ray Tant, | ) | C/A No: 3:12-cv-03020-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| William Frick, Michael Stobbe, David Tatarsky, and John Doe, individually, or alternatively in their capacities as agents of the South Carolina Department of Corrections, the South Carolina Office of the Attorney General, the South Carolina Department of Pardon, Probation, and Parole, and the Fairfield County Solicitor's Office, and therefore, the South Carolina Department of Corrections, the South Carolina Office of the Attorney General, the South Carolina Department of Pardon, Probation, and Parole, and the Fairfield County Solicitor's Office, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CONSENT ORDER DISMISSING PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES AGAINST DEFENDANT SOUTH CAROLINA DEPARTMENT OF PARDON, PROBATION, AND PAROLE** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It appearing that Plaintiff concedes that Defendant South Carolina Department of Pardon, Probation, and Parole is a governmental entity and agency of the State of South Carolina as defined by S.C. Code Ann. §15-78-30 and is being sued pursuant to the South Carolina Tort Claims Act, S.C. Code Ann. §15-78-10 *et seq*.;

THEREFORE, upon the motion of the Defendant South Carolina Department of Pardon, Probation, and Parole, and by and with the consent of the Plaintiff;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED Plaintiff's claims for punitive damages, as set forth in Plaintiff's Complaint, are dismissed and stricken as to Defendant South Carolina Department of Pardon, Probation, and Parole pursuant to S.C. Code Ann. §15-78-120(b).

    IT IS SO ORDERED.

December 6, 2012
Columbia, South Carolina

_____
The Honorable Paige J. Gossett
U.S. Magistrate Judge

I SO MOVE:

/s/ Erin Farrell Farthing_____
Erin Farrell Farthing, FED ID #10123
McKay, Cauthen, Settana & Stubley, P.A.
1303 Blanding Street
P.O. Drawer 7217
Columbia, SC   29202
(803) 256-4645
Attorneys for Defendant South Carolina
Department of Pardon, Probation, and Parole

I CONSENT:

/s/Harvey Watson_____
Desa Ballard, FED ID #1179
Harvey Watson, FED ID #9721
Ballard Watson Weissenstein
226 Senate Street
W. Columbia, SC 29169
Attorneys for Plaintiff