IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
C/A No.: 3:12-cv-03020-JFA-PJG

| | |
|---|---|
| David Ray Tant, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MOTION FOR EXTENSION** |
| William Frick, Michael Stobbe, David ) | **OF TIME TO FILE** |
| Tatarsky, and John Doe, individually, or ) | **DISPOSITIVE MOTIONS** |
| alternatively in their capacities as agents of ) | |
| the South Carolina Department of ) | |
| Corrections, the South Carolina Office of ) | |
| the Attorney General, the South Carolina ) | |
| Department of Probation, Parole, and ) | |
| Pardon Services, and the Solicitor's Office ) | |
| for the Sixth Judicial Circuit, and therefore, ) | |
| the South Carolina Department of ) | |
| Corrections, the South Carolina Office of ) | |
| the Attorney General, the South Carolina ) | |
| Department of Probation, Parole, and ) | |
| Pardon Services, and the Solicitor's Office ) | |
| for the Sixth Judicial Circuit, ) | |
| ) | |
| Defendants. ) | |

NOW COME Defendants Michael Stobbe, David Tatarsky and the South Carolina Department of Corrections, by and through counsel, and move to amend the Amended Scheduling Order of December 4, 2012 [NEF Dkt. # 20], for the reasons set forth below:

1. The Amended Scheduling Order of December 4, 2012 sets the filing of dispositive motions for September 20, 2013.

2. Since the date of that Order, Eugene H. Matthews, Esq., counsel for the Defendants Michael Stobbe, David Tatarsky and the South Carolina Department of Corrections, has received military orders requiring him to report for annual training with the U.S. Navy from

1

September 16, 2013 through September 20, 2013, during which time the deadline for dispositive motions falls.

3. Counsel for the Defendants Michael Stobbe, David Tatarsky and the South Carolina Department of Corrections would request a two-week extension for the filing of dispositive motions until **October 4, 2013**.

4. Counsel for each party have been consulted and have no objection to this extension request.

5. For these reasons, counsel for Defendants Michael Stobbe, David Tatarsky and the South Carolina Department of Corrections therefore respectfully request that the Amended Scheduling Order of December 4, 2012 be amended to extend the filing of dispositive motions until **October 4, 2013**.

Dated this the 9th day of September, 2013.

        Respectfully submitted,

        RICHARDSON PLOWDEN & ROBINSON, P.A.

        s/Eugene H. Matthews
Eugene H. Matthews FID # 7141
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400
Facsimile (803) 779-0016
Email: gmatthews@RichardsonPlowden.com

**COUNSEL FOR DEFENDANTS MICHAEL STOBBE, DAVID TATARSKY AND THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**