**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | |
|---|---|
| David Ray Tant, ) | Civil Action No.: 3:12-cv-03020-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| William Frick, Michael Stobbe, David ) | |
| Tatarsky, and John Doe, individually, or ) | |
| alternatively in their capacities as agents ) | **MEMORANDUM IN SUPPORT OF** |
| of the South Carolina Department of ) | **MOTION TO EXTEND TIME** |
| Corrections, the South Carolina Office of ) | |
| the Attorney General, the South Carolina ) | |
| Department of Pardon, Probation and ) | |
| Parole, and the Fairfield County ) | |
| Solicitor's Office, and therefore, the South ) | |
| Carolina Department of Corrections, the ) | |
| South Carolina Office of the Attorney ) | |
| General, the South Carolina Department ) | |
| of Pardon, Probation and Parole, and the ) | |
| Fairfield County Solicitor's Office, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

In reply to their SCDC co-Defendants' motion to extend their deadline by which to file dispositive motions (ECF Docket Entry #50), Defendants Frick, SC Office of Attorney General and Fairfield County Solicitor's Office hereby consent to same. Moreover, these Defendants would request that the Court extend the dispositive motions deadline for all Defendants up to and including October 4, 2013. This request is based upon the parties' desire for a commonality of dates for the convenience of all defense counsel as well as Plaintiff's counsel. Upon information and belief, extending the current dispositive motions deadline for all Defendants would provide Plaintiff with a single, common deadline by which to file responsive memoranda.

1

After having consulted with all other parties in this matter, all parties have provided their consent to this request.

Respectfully submitted,

DAVIDSON & LINDEMANN, P.A.


 *s/William H. Davidson, II*
WILLIAM H. DAVIDSON, II, #425
JUSTIN T. BAGWELL, #11203
1611 Devonshire Drive, 2nd Floor
Post Office Box 8568
Columbia, South Carolina 29202-8568
wdavidson@dml-law.com
jbagwell@dml-law.com
T: 803-806-8222
F: 803-806-8855

ATTORNEYS FOR DEFENDANTS FRICK, SC
OFFICE OF ATTORNEY GENERAL AND
FAIRFIELD COUNTY SOLICITOR'S OFFICE

COLUMBIA, SOUTH CAROLINA

SEPTEMBER 11, 2013