IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| David Ray Tant,<br><br>                          Plaintiff,<br><br>vs.<br><br>William Frick, Michael Stobbe, David Tatarsky, and John Doe, individually, or alternatively in their capacities as agents of the South Carolina Department of Corrections, the South Carolina Office of the Attorney General, the South Carolina Department of Probation, Parole, and Pardon Services, and the Solicitor's Office for the Sixth Judicial Circuit, and therefore, the South Carolina Department of Corrections, the South Carolina Office of the Attorney General, the South Carolina Department of Probation, Parole, and Pardon Services, and the Solicitor's Office for the Sixth Judicial Circuit,<br><br>                          Defendants. | C/A No.: 3:12-cv-03020-JFA-PJG<br><br>**CONSENT MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT** |

      Defendants received an extension of time in which to submit dispositive motions, and have indicated their consent to Plaintiff's request to receive additional time in which to prepare and submit its response to the multiple dispositive motions pending in the above-captioned matter.

      The current deadline for Plaintiff's responses to all three pending motions (Docket Entry Numbers 59, 60, 62) is Friday, November 1, 2013. To avoid a deadline falling during Thanksgiving Week, Plaintiff is requesting, and Defendants have consented, to a revised deadline for Plaintiff's response to all three motions to be set for Monday, December 2, 2013.

Counsel for all defendants in this matter have indicated their respective consent to the motion set forth above.

/s/ H. M. Watson III
Desa Ballard, Esquire
Harvey M. Watson III, Esquire
Ballard Watson Weissenstein
Post Office Box 6338
West Columbia, South Carolina 29171
Attorney for Plaintiff


/s/ William H. Davidson, II
William H. Davidson, II, Esquire
Davidson & Lindemann, P.A.
Post Office Box 8568
Columbia, South Carolina 29202
Attorney for Defendant Attorney General


/s/ Daniel R. Settana, Jr.
Daniel R. Settana, Jr., Esquire
McKay, Cauthen, Settana & Stubley, P.A.
P.O. Drawer 7217
Columbia, SC 29202
Attorney for Defendant SCPPP


/s/ Eugene H. Matthews
Eugene H. Matthews, Esquire
Richardson Plowden and Robinson
P.O. Drawer 7788
Columbia, SC 29202
Attorney for SCDC


October 29, 2013